Argued April 23, affirmed April 23,
petition for review denied July 14, 1971

STATE OF OREGON, *Respondent, v.*
JAMES STEWART, *Appellant.*

483 P2d 821

*Ben Graham, Jr.,* Dallas, argued the cause and filed the brief for appellant.

*John L. Snyder,* District Attorney, Dallas, argued the cause for respondent. On the brief was Delbert B. Mayer, Deputy District Attorney, Dallas.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.